# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Civil Division
Norfolk

Nicole Harris
1215 Ashby St.
Staunton, Va 24401

Jordan Polk
1404 Armstrong Ave
Staunton, Va 24401

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:21-cv-00499
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## Amendant COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Nicole Harris
- Street Address: 1215 Ashby St
- City and County: Staunton Va 24401
- State and Zip Code: Va 24401
- Telephone Number: 5408494388
- E-mail Address: blofish84@outlook.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Joesph L. Polk
1404 Armstrong Ave
Staunton, Va 24401
(540) 8494388
JosephPolk@gmail.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Harbor Point Behavioral Health
Job or Title (if known):
Street Address: 301 Fort Lane
City and County: Portsmouth
State and Zip Code: Virginia
Telephone Number: 757
E-mail Address (if known):

**Defendant No. 2**
Name: Kara Paccadolmi
Job or Title (if known): (CPS) Social Worker
Street Address: 65 Dick Huff LN.
City and County: Verona (Augusta Cty)
State and Zip Code: Virginia 24482
Telephone Number: 540 245 5800
E-mail Address (if known): Kara.paccadolm@dss.va.gov

**Defendant No. 3**
Name: Ann Radford
Job or Title (if known): Psycologist
Street Address: 301 Fort Lane
City and County: Portsmouth, Va
State and Zip Code: Virginia
Telephone Number: 757 336-0001
E-mail Address (if known):

**Defendant No. 4**
Name: Gabrille Mormile
Job or Title (if known): Resident in counseling
Street Address: 301 Fort Lane
City and County: Portsmouth
State and Zip Code: Virginia
Telephone Number: 757 336 0061
E-mail Address (if known):

Case # 2:21-cv-00499-RCY-RJK

Add Plaintiff:
① Jorjah Polk  (540) 849-9120
1404 Armstrong Ave
Staunton, Va 24401
Jorjahpolk@gmail

Add Defendent:
① Freddie Anderson  (757) 363-9091
301 Fort Lane
Portsmouth, Va

② ~~Shenandoah~~ Shenandoah Valley Dept. of Social Services
68 Dick Huff Lane  (540) 849-
Staunton, Va 24401   245-5800

③ Universal Health Services

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *False Claims Act (when one willingly & knowingly provides false info for approval/payment (Due Process) Quality of Care, Breach of Duty Free from gvnt invasion*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Nicole Harris**, is a citizen of the State of *(name)* **Virginia**.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) **Harbor Point BHC**, is incorporated under the laws of the State of (name) **Virginia**, and has its principal place of business in the State of (name) **Virginia**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000: year's worth of gas, hotels, rentals, countless hours researching & mental impairment of my child due to this tramatic expierence.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

* For eleven months HPBHC expected my child to come to terms of why she was in DSS care & coping with it. She had no discharge date. (Judge ordered release in Dec 2016) Was punished for sharing her suicidal thoughts @ group. Chemical Restraint, unneccasary weight loss meds (metphormen diebetic meds) Staff was not licensed to work w/ mental & emotional kids.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Child suffers from PTSD & often has night terrors of being back in HPBHC. Her thyroid is supressed from being put on numerous, uncalled for meds. Two of the meds should have never been given to my child, she did not benefit from inpatient & the least restricted enviroment is

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/29/2021

Signature of Plaintiff: *Nicole Harris*  *Joljah Polk*
Printed Name of Plaintiff: Nicole Harris  Joljah Polk

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____